**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7599**

_____

ALVIN L. MCCARVER, III,

                                   Petitioner - Appellant,

        versus

ERNEST V. CHANDLER,

                                   Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-99-391-5-BR)

_____

Submitted:  March 23, 2000          Decided:  March 30, 2000

_____

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alvin L. McCarver, III, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Alvin L. McCarver, III, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>McCarver v. Chandler</u>, No. CA-99-391-5-BR (E.D.N.C. Sept. 27, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.


<u>AFFIRMED</u>


2